IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-00687 |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ANSWER

Defendant, the United States Department of State, by and through its undersigned counsel, answers plaintiff's Complaint as follows:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

In answer to the individually numbered paragraphs of the Complaint, defendant states as follows:

1. This paragraph contains plaintiff's statement of the jurisdictional basis for this action, to which no response is required.

2. This paragraph contains plaintiff's statement of the venue for this action, to which no response is required.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. This paragraph contains conclusions of law to which no answer is required, but insofar as one is deemed required, denied, except to admit that the Department of State is an

agency of the United States government that is headquartered at 2201 C Street, N.W., Washington, DC 20520.

5. Admit that Judicial Watch submitted a FOIA request to the Department of State dated March 4, 2015. Defendant respectfully refers the Court to that request for a complete and accurate statement of its contents.

6. Admit that defendant received the request on March 4, 2015. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

7. Admit that defendant acknowledged receipt of plaintiff's March 4, 2015 FOIA request by letter dated April 2, 2015, and assigned it the stated case control number. Defendant respectfully refers the Court to defendant's April 2, 2015 letter for a complete and accurate statement of its contents.

8. Admit that Judicial Watch submitted another FOIA request to the Department of State dated March 6, 2015. Defendant respectfully refers the Court to that request for a complete and accurate statement of its contents.

9. Admit that defendant received the request on March 6, 2015. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

10. Admit that defendant acknowledged receipt of plaintiff's March 6, 2015 FOIA request by letter dated April 10, 2015, and assigned it the stated case control number. Defendant respectfully refers the Court to defendant's April 10, 2015 letter for a complete and accurate statement of its contents.

11-12. These paragraphs contain conclusions of law to which no answer is required, but

insofar as one is deemed required, denied.

13.     Defendant admits that it has not issued a final response to plaintiff's requests. This paragraph also contains conclusions of law to which no answer is required, but insofar as one is deemed required, denied.

14.     This paragraph contains conclusions of law to which no answer is required, but insofar as one is deemed required, denied.

15.     Defendant here incorporates its above responses to paragraphs 1 through 14 of the Complaint.

16-17.  These paragraph contain conclusions of law to which no answer is required, but insofar as one is deemed required, denied.

The remaining paragraphs set forth plaintiff's prayer for relief to which no answer is required, but insofar as an answer is required, defendant denies that plaintiff is entitled to the relief requested or to any relief at all.

Defendant hereby denies all allegations of the Complaint not otherwise specifically answered above.

Wherefore, having fully answered, defendant respectfully requests that the Court enter judgment dismissing the Complaint with prejudice, and awarding defendant its costs and attorney's fees and such other relief as the Court deems just and proper.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR.
Acting United States Attorney

MARCIA BERMAN

|  |  |
|---|---|
|  | Assistant Director, Federal Programs Branch |
|  | **/s/ Lisa A. Olson**<br>LISA A. OLSON<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>20 Mass. Ave., N.W., Room 7300<br>Washington, D.C. 20530<br>Telephone: (202) 514-5633<br>Telefacsimile: (202) 616-8470<br>E-mail: lisa.olson@usdoj.gov |
| Dated: June 17, 2015 | Counsel for Defendant |