IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-00687 |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's February 18, 2016 Minute Order.

On April 8, 2016, defendant provided plaintiff with a draft Vaughn index of withholdings of information contained in documents responsive to plaintiff's Request F-2015-05048, which seeks, by agreement of the parties, see July 2, 2015 Joint Proposed Production Schedule (ECF No. 7):

> Any and all records concerning, regarding, or relating to the production of 55,000 emails by former Secretary of State Hillary Clinton to the U.S. Department of State, excluding any court filings, press statements, or other public documents, or drafts thereof.
>
> Any and all communications between employees of the U.S. Department of State and former Secretary Clinton and/or her representatives concerning, regarding, or relating to emails sent or received by former Secretary Clinton on non-"state.gov" email addresses.

The draft Vaughn index encompasses approximately 150 documents that have been either fully or partially withheld as exempt from disclosure. Plaintiff intends to review the Vaughn index

and present any potential challenges to defendant so that the parties can discuss a possible resolution or narrow the issues for summary judgment.

Regarding plaintiff's Request F-2015-05056, as agreed by the parties and ordered by the Court, see Aug. 3, 2015 Minute Order; July 2, 2015 Joint Proposed Production Schedule (ECF No. 7), defendant's production of responsive records has been made under the court-ordered production schedule in Leopold v. U.S. Department of State (D.D.C. 15-cv-123-RC) (see Leopold, Feb. 11, 2016 Order (ECF No. 55), May 27, 2015 Order (ECF No. 17)).  Request F-2015-05056 seeks "any and all emails sent or received by former Secretary of State Hillary Rodham Clinton in her official capacity as Secretary of State during her tenure as Secretary of State."  On February 29, 2016, defendant made its final production in Leopold of non-exempt portions of the approximately 55,000 pages of emails responsive to this Request.  On March 1, 2016, plaintiff raised a question regarding the scope of the search plaintiff believes is necessary to respond to this Request.  The parties intend to engage in further discussions regarding the issue raised by plaintiff.

Therefore, the parties propose engaging as necessary in the discussions described above with respect to each of plaintiff's Requests, and filing another joint status report within thirty days, or by May 11, 2016, that addresses the need for any further proceedings and proposes any necessary briefing schedule.

    Respectfully submitted,

    FOR PLAINTIFF:

    **/s/ Lauren Burke**
    CHRIS FEDELI
    LAUREN BURKE
    Judicial Watch, Inc.
    425 Third Street, S.W.
    Suite 800

Washington, D.C. 20024
Telephone: (202) 646-5172
E-mail: cfedeli@judicialwatch.org
         lburke@judicialwatch.org
Counsel for Plaintiff


FOR DEFENDANT:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Director

**/s/ Lisa A. Olson**
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov
Counsel for Defendant

Date: April 11, 2016