IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:15-cv-00687 |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The parties submit this joint status report in anticipation of the August 22, 2016 status conference. On August 5, 2016, the FBI completed its transmission to the State Department of documents recovered by the FBI in the course of its investigation in connection with former Secretary of State Hillary Clinton's use of a personal e-mail system during her time as Secretary of State. State has voluntarily agreed to produce non-exempt agency records responsive to plaintiff's FOIA request contained in the information transmitted. The parties intend to negotiate a proposed production schedule and will be prepared to provide more information at the August 22 status conference.

Respectfully submitted,

FOR PLAINTIFF:

**/s/ Lauren Burke**
CHRIS FEDELI
LAUREN BURKE
Judicial Watch, Inc.
425 Third Street, S.W.
Suite 800
Washington, D.C. 20024

Telephone: (202) 646-5172
E-mail: cfedeli@judicialwatch.org
        lburke@judicialwatch.org
Counsel for Plaintiff


FOR DEFENDANT:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Director

**/s/ Lisa A. Olson**
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov
Counsel for Defendant

Date: August 12, 2016