IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:15-cv-00687 |

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant moves the Court to grant partial summary judgment in its favor in this case on grounds that there is no genuine issue as to any material fact, and defendant is entitled to judgment as a matter of law. The grounds for this motion are further set forth in the accompanying memorandum of points and authorities and Declaration of Eric Stein, which are incorporated herein.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Director, Federal Programs Branch

**/s/ Lisa A. Olson**
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch

          20 Mass. Ave., N.W., Room 7300  
          Washington, D.C. 20530  
          Telephone: (202) 514-5633  
          Telefacsimile: (202) 616-8470  
          E-mail: lisa.olson@usdoj.gov  
          Counsel for Defendant

Date: Sept. 30, 2016