# Exhibit 1
## *Judicial Watch v. Dep't of State* (D.D.C. 15-cv-687)
## V*aughn* Index regarding F-2015-05048[1]

| Doc. No. | Doc. Type | Pages | Date / Date Range | Author(s) / Recipient(s) | Review Result | Exemptions |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| C05845198 | Draft letter | 2 | All undated | Deputy Assistant Secretary ("DAS") Margaret Grafeld / NARA Paul M. Wester | Denied in Full ("DIF") | (b)(5) Deliberative Process Privilege ("DPP"), Attorney-Client Privilege ("ACP"), Attorney Work Product ("AWP") |
| C05846582 | | 2 | | | | |
| C05845830 | | 2 | | | | |
| C05845202 | | 2 | | | | |
| C05846029 | | 3 | | | | |
| C05846035 | | 3 | | | | |
| C05846495 | | 3 | | | | |
| C05846546 | | 3 | | | | |
| C05846552 | | 2 | | | | |
| C05846578 | | 3 | | | | |
| C05842715 | | 2 | | | | |
| C05845824 | | 3 | | | | |
| C05845875 | | 2 | | | | |
| C05846574 | | 2 | | | | |
| **DESCRIPTION**: These 14 documents consist of drafts of a letter from the DOS Deputy Assistant Secretary for Global Information Services Margaret Grafeld to the National Archives and Records Administration's ("NARA") Chief Records Officer Paul M. Wester regarding the Department's management of records of former Secretaries Clinton, Powell, Rice and Albright. The Department released the final version of the letter as document C06007903.  The Department withheld these documents reflecting intra- or inter-agency correspondence in full under FOIA Exemption 5, 5 U.S.C. § 552(b)(5), pursuant to the deliberative process, attorney-client, and attorney work-product privileges.  The withheld information reflects draft text, together with proposed revisions and red-line edits.   Disclosure of these draft texts, which are pre-decisional and deliberative with respect to a final decision regarding how to present the material to a senior official for signature, could reasonably be expected to chill the open and frank exchange of ideas and recommendations that occur when Department officials are formulating a strategy for official action.  Additionally, information within the documents has been withheld pursuant to the attorney-client privilege to protect communications ||||||

---

[1] This Vaughn index describes only the withholdings Plaintiff indicated they may challenge.

| Doc. No. | Doc. Type | Pages | Date / Date Range | Author(s) / Recipient(s) | Review Result | Exemptions |
|---|---|---|---|---|---|---|
| between attorneys and their clients for the purpose of seeking and/or providing legal advice. The draft letters and certain editing comments contain legal advice provided by Department attorneys to their clients. These communications were intended to be kept confidential and that confidentiality has been maintained. The Department also withheld this information pursuant to the attorney work product privilege to protect information that reflects the attorneys' thought processes and mental impressions that was prepared in anticipation of litigation. At the time all of these documents were generated, State was already in litigation concerning the emails of former Secretary Clinton. These documents have been subject to a thorough review for the purpose of releasing any non-exempt information; however, they contain no additional information that may be segregated and released. | | | | | | |
| (2) | | | | | | |
| C05846064 | E-mail | 3 | 10/17-10/20/2014 | DOS officials, DOS attorneys | Released in Part ("RIP") | (b)(5) DPP, ACP, AWP |
| C05842707 | | 3 | 10/17-10/20/2014 | | | |
| C06138107 | | 1 | 10/15-10/16/2014 | | | |
| C05845174 | | 1 | 10/15/2014 | | | |
| C05845880 | | 1 | 10/8/2014 | | | |
| C05843732 | | 1 | 09/25/2014 - 10/01/2014 | | | |
| C05843552 | | 1 | 09/25/2014 | | | |
| C05843557 | | 1 | 09/25/2014 | | | |
| C06138108 | | 1 | 09/25/2014 | | | |
| **DESCRIPTION**: These nine documents are email exchanges between Department officials, including Department attorneys, that discuss the details of a draft of a letter from the Department to representatives of former Secretaries of State, requesting that the former Secretaries turn over to the Department copies of any federal records that may be in their possession, such as emails sent/received on a personal e-mail account. The discussion focuses on proposed modifications to the contents of the draft letter, including which DOS office should be given in the letter as the point of contact ("POC") for replies, as well as proposals regarding which parts of the Department would need to be consulted regarding a final decision. The Department withheld portions of these documents, reflecting intra- or inter-agency correspondence, under FOIA Exemption 5, 5 U.S.C. § 552(b)(5), pursuant to the deliberative process privilege, attorney-client, and attorney work product privileges. Release of the withheld information, which is pre-decisional and deliberative with respect to a final decision regarding the contents of the letter, could reasonably be expected to chill the open and frank exchange of ideas and recommendations that occur when Department officials are formulating a strategy for official action. Additionally, portions of documents C05843732, C05843552, C05843557, and C06138108 contain information sent from a Department attorney to DOS officials regarding records management regulations and guidance. These portions were withheld pursuant to | | | | | | |

| Doc. No. | Doc. Type | Pages | Date / Date Range | Author(s) / Recipient(s) | Review Result | Exemptions |
|---|---|---|---|---|---|---|
| attorney-client privilege to protect communications between attorneys and their clients for the purpose of seeking and/or providing legal advice. These communications were intended to be kept confidential and that confidentiality has been maintained. The Department also withheld this information pursuant to the attorney work product privilege to protect the attorneys' mental impressions and thought processes that were prepared in anticipation of foreseeable litigation. These documents have been subject to a thorough review for the purpose of releasing any non-exempt information; however, they contain no additional information that may be segregated and released. ||||||||
| **(3)** ||||||||
| C05843400<br>C05843401 | E-mail | 5<br>5 | 06/26/2015<br>06/26/2015 | DOS officials, DOS attorney | RIP | (b)(5) DPP, ACP |
| **DESCRIPTION**: These two documents are email exchanges in which participants discuss proposed action related to press accounts that certain records were not among those turned over to the Department by former Secretary Clinton. The Department withheld portions of these documents, reflecting intra-agency correspondence, under FOIA Exemption 5, 5 U.S.C. § 552(b)(5), pursuant to the deliberative process and attorney-client privileges. Release of this information, which is pre-decisional and deliberative with respect to a final decision regarding how or whether the Department should take the proposed action, could reasonably be expected to chill the open and frank exchange of ideas and recommendations that occur when Department officials are formulating a strategy for official action. Additionally, portions of the documents contain information provided by DOS officials to a DOS attorney for the purpose of receiving legal advice and input regarding a proposed action. These portions were withheld pursuant to attorney-client privilege to protect communications between attorneys and their clients for the purpose of seeking and/or providing legal advice. These communications were intended to be kept confidential and that confidentiality has been maintained. These documents have been subject to a thorough review for the purpose of releasing any non-exempt information; however, they contain no additional information that may be segregated and released. ||||||||
| **(4)** ||||||||
| C05846323<br>C05845321 | E-mail | 2<br>2 | 08/26/2014<br>08/26/2014 | DOS officials, DOS attorneys / Cheryl Mills | RIP | (b)(5) DPP, ACP, AWP; (b)(6) |
| **DESCRIPTION**: These two documents are duplicates. The documents contain an email exchange between Cheryl Mills and DOS officials related to the email records of former Secretary Clinton. The message is then forwarded for internal discussion among Department attorneys and officials regarding how to respond to Cheryl Mills. The Department withheld portions of the internal DOS parts of the email exchange under FOIA Exemption 5, 5 U.S.C. § 552(b)(5), pursuant to the deliberative process, attorney-client, and attorney work product privileges. Release of the withheld information, which is pre-decisional and deliberative with respect to a final decision regarding how to respond to former Secretary Clinton's representative, could reasonably be expected to chill the open and frank exchange of ideas and recommendations that occur when Department officials are formulating a strategy for official action. Additionally, portions of the documents were withheld pursuant to attorney- ||||||||

| Doc. No. | Doc. Type | Pages | Date / Date Range | Author(s) / Recipient(s) | Review Result | Exemptions |
|---|---|---|---|---|---|---|
|  | client privilege to protect communications between attorneys and their clients for the purpose of seeking and/or providing legal advice.  These communications were intended to be kept confidential and that confidentiality has been maintained.  The Department also withheld portions of these documents pursuant to the attorney work product privilege to protect information that reflects the attorneys' mental impressions and thought processes that was prepared in anticipation of foreseeable litigation.  The Department also withheld Cheryl Mills' personal e-mail address and a statement regarding an employee's health under Exemption 6, 5 U.S.C. § 552(b)(6), because release of this information could result in unsolicited attention and harassing inquiries and would shed no light on the conduct of U.S. Government business.  These documents have been subject to a thorough review for the purpose of releasing any non-exempt information; however, they contain no additional information that may be segregated and released. |||||||
| **(5)** |||||||
| C05932749 | E-mail | 1 | 05/14-05/15/2015 | DOS officials, DOS attorney | DIF | (b)(5) DPP, AWP |
| **DESCRIPTION**:  This document is an e-mail between Department officials, including DOS attorneys, regarding the proposed plan for releasing in the context of FOIA litigation certain emails provided to the Department by former Secretary Clinton.  The Department withheld this document, which reflects intra- or inter-agency correspondence, in full under FOIA Exemption 5, 5 U.S.C. §552 (b)(5), pursuant to the deliberative process and attorney work product privileges.  Release of this information, which is pre-decisional and deliberative with respect to the details of releasing this material, reasonably could be expected to chill the open and frank exchange of ideas and recommendations that occur when Department officials are formulating a strategy for official action. The Department also withheld this document pursuant to the attorney work product privilege, as the information reflects thought processes and actions taken at the direction of an attorney in the context of ongoing litigation. This document has been subject to a thorough review for the purpose of releasing any non-exempt information; however, it contains no additional information that may be segregated and released. |||||||
| **(6)** |||||||
| C05843628 | E-mail | 2 | 12/08/2014 | DOS officials, DOS attorney | RIP | (b)(5) DPP, ACP |
| **DESCRIPTION**:  This document is an email exchange between Department officials, including a Department attorney, discussing next steps following receipt of material from former Secretary Clinton.  The Department withheld portions of this document, which reflects intra- or inter-agency correspondence, under FOIA Exemption 5, 5 U.S.C. § 552(b)(5), pursuant to the deliberative process and attorney-client privileges.  Release of this information, which is pre-decisional and deliberative with respect to a final decision regarding how to proceed regarding the emails provided by former Secretary Clinton, could reasonably be expected to chill the open and frank exchange of ideas and recommendations that occur when Department officials are formulating a strategy for official action.  Additionally, a portion of the document reflects discussions between DOS officials and a DOS attorney regarding proposed action as it relates to particular legal developments.  This portion of the document were withheld pursuant to attorney-client privilege to protect communications between a Department attorney and his clients for the purpose of |||||||

| Doc. No. | Doc. Type | Pages | Date / Date Range | Author(s) / Recipient(s) | Review Result | Exemptions |
|---|---|---|---|---|---|---|
| seeking and/or providing legal advice.  These communications were intended to be kept confidential and that confidentiality has been maintained.  This document has been subject to a thorough review for the purpose of releasing any non-exempt information; however, it contains no additional information that may be segregated and released. | | | | | | |
| (7) | | | | | | |
| C06137881 | Draft Talking Points | 3 | Undated | DOS officials, DOS attorney | DIF | (b)(5) DPP, AWP |
| **DESCRIPTION**:  This document contains draft talking points prepared by a Department attorney for a discussion with Congress regarding the production of documents to the Select Committee on Benghazi, including points regarding the general fact that former Secretary Clinton provided emails to the Department.  The Department withheld this document, which reflects intra-agency correspondence, in full under FOIA Exemption 5, 5 U.S.C. § 552(b)(5), pursuant to the deliberative process and attorney work-product privileges.  Disclosure of these draft talking points, which are pre-decisional and deliberative with respect to a final decision regarding how to present the information to Congress, could reasonably be expected to chill the open and frank exchange of ideas and recommendations that occur when Department officials are formulating a strategy for official action.  The Department also withheld this information pursuant to the attorney work product privilege to protect information that reflects the attorneys' thought processes and mental impressions that was prepared in the context of an ongoing investigation and in reasonable anticipation of litigation.  This document has been subject to a thorough review for the purpose of releasing any non-exempt information; however, it contains no additional information that may be segregated and released. | | | | | | |