IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Case No. 1:15-cv-00687 |

## UNOPPOSED MOTION TO RESCHEDULE STATUS HEARING

Defendant respectfully requests that the Court continue the status hearing scheduled for March 7, 2017 until March 24, 2017, or as soon as possible thereafter in accordance with the Court's schedule.  This request is being made due to the illness of defense counsel and is not being sought for purpose of delay or other unjust reason.  Plaintiff consents to this request.

The undersigned counsel for Defendant recently substituted her appearance in this matter, and was prepared to appear before the Court on March 7, 2017 before taking ill on Sunday evening.  Undersigned counsel for Defendant is also counsel for Defendant in the related case of *Leopold v. Dep't of Justice*, 15-cv-2117 (Moss, J.).  *See* Def.'s Notice Regarding Review of FBI Materials (ECF No. 27).  The Court in this case scheduled tomorrow's status conference to follow a March 6 status conference in the *Leopold* case.  *See* Nov. 7, 2016 Minute Order ("The parties shall appear at a status hearing on March 7, 2017, at 10:00 a.m. to discuss the rate of processing of disks 3-5 in light of any ruling by Judge Randolph Moss in related cases.").  That status conference was postponed this morning, however, due to defense counsel's illness, to March 23, 2017.

Accordingly, Defendant respectfully requests that the status hearing in this case scheduled for tomorrow be rescheduled to March 24, 2017 to follow the newly-rescheduled status conference in the *Leopold* case, or to another date as soon after March 23, 2017 as the Court's schedule permits. Undersigned counsel has conferred with counsel for Plaintiff, and Plaintiff consents to this request.

This request is not made for purposes of delay. Each month, Defendant has met or exceeded the 500 page processing requirement set forth in the Court's September 23, 2016 Minute Order, and Defendant will continue to comply with this order.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this motion and reschedule the March 7, 2017 status hearing until March 24, 2017, or as soon thereafter as the parties may be heard. A proposed order is filed concurrently herewith.

Dated this 6th day of March 2017.    Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Jennie L. Kneedler*
JENNIE L. KNEEDLER
D.C. Bar No. 500261
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-8662
Facsimile: (202) 616-8470
E-mail: Jennie.L.Kneedler@usdoj.gov

*Counsel for Defendant*