# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-cv-684 (BAH) |
| ) | |
| **U.S. DEPARTMENT OF STATE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

The United States Department of State and Judicial Watch, Inc. respectfully submit the following:

1. On January 11, 2016, the Court ordered the State Department to make rolling productions of responsive, non-exempt documents, excluding news clippings/briefings, to Judicial Watch beginning on March 1, 2016, and continuing every thirty days thereafter until April 30, 2017. The Court later extended that deadline until May 31, 2017.

2. The originally contemplated search and production is now complete. The parties have agreed that the State Department will process documents provided to the State Department by the Federal Bureau of Investigation on June 15, 2017, which relate to the Freedom of Information Act request at issue here. The State Department is currently determining which of those documents are agency records, and it anticipates that the records appraisal will be complete in mid-September. The parties therefore respectfully request that they be permitted to file an additional report no later than October 6, 2017, proposing a schedule for the production of responsive, non-exempt records contained within those documents.

- 2 -

Respectfully submitted,

| | |
|---|---|
| */s/ Michael Bekesha* | BRETT A. SHUMATE |
| MICHAEL BEKESHA | Deputy Assistant Attorney General |
| D.C. Bar No. 995749 | Civil Division |
| Judicial Watch, Inc. | |
| 425 3rd Street, SW, Suite 800 | ELIZABETH J. SHAPIRO |
| Washington, DC 20024 | Deputy Director, Federal Programs Branch |
| Telephone: (202) 646-5172 | |
| Email: mbekesha@judicialwatch.org | */s/ James Bickford* |
| | JAMES BICKFORD |
| *Counsel for Plaintiff* | New York Bar No. 5163498 |
| | Trial Attorney, U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, NW |
| | Washington, DC 20530 |
| | James.Bickford@usdoj.gov |
| | Telephone: (202) 305-7632 |
| | Facsimile: (202) 616-8470 |
| | |
| | *Counsel for Defendant* |

Dated: July 31, 2017

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017 a copy of the foregoing status report was filed electronically via the Court's ECF system, which effects service upon all counsel of record.

*/s/ James Bickford*
James Bickford