# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Case No. 15-cv-687 (JEB) |

## NOTICE

In the parties' November 15, 2019 joint status report, ECF No. 58, Defendant United States Department of State ("State") provided the following information:

> [T]he Federal Bureau of Investigation ("FBI") recently sent Defendant additional documents as part of the ongoing inter-agency consultation process in connection with other FOIA litigation. Defendant is working to determine whether that set of documents includes any responsive, non-duplicative agency records that have not already been processed. Defendant will promptly update Plaintiff and the Court once that initial review is complete.

*Id.* (footnote omitted).  State has now completed that initial review.  State has identified a small number of documents (fewer than 30), which appear not to have been previously processed through FOIA, and which appear to be responsive to the request at issue in this case.  State has now begun processing those documents for release (subject to any applicable FOIA exemptions), and intends to release publicly any responsive, non-exempt material subject to FOIA no later than January 8, 2020 (with the exception of any records for which consultation with or referral to other entities within the Executive Branch proves to be necessary, for which additional time may be required).

Dated: December 13, 2019  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/  *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendant*