UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>   Defendant. | Case No. 15-cv-687 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's November 15, 2019 Minute Order, the parties, having conferred, jointly and respectfully submit the following status report in the above-captioned matter.

In November, Plaintiff Judicial Watch, Inc. provided to Defendant United States Department of State a list identifying 237 of the 450 documents on Defendant's draft *Vaughn* index that Plaintiff currently intends to challenge, absent Defendant's agreement to lift certain identified redactions. Although Defendant is still reviewing the documents in question to determine whether some agreement might be reached with respect to some subset of these 237 documents, Defendant recently rejected Plaintiffs' broader settlement offer with respect to the overall set of 237.

In addition, earlier this week, Defendant filed a notice (ECF No. 59) informing Plaintiff and the Court that the Department of State intends to process and release publically any responsive, non-exempt portions of certain additional potentially responsive records no later than January 8, 2020 (with the exception of records for which consultation with or referral to other entities within the Executive Branch proves to be necessary, for which additional time may be required).

The parties continue to believe that further discussion and negotiation might be productive, and remain hopeful that they may be able to at least narrow the current dispute. In addition, as

explained, Defendant is currently working to process and produce additional records. For these reasons, the parties jointly and respectfully request that the Court set January 30, 2020 as the next deadline for the parties to file a joint status report regarding further proceedings in this case (or separate status reports, if they cannot reach agreement).

Dated: December 18, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11504
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendant*

/s/   *Lauren M. Burke*
Lauren M. Burke
JUDICIAL WATCH, INC.
425 Third Street, S.W. Suite 800
Washington, D.C.  20024
Tel: (202) 646-5172
lburke@judicialwatch.org

*Counsel for Plaintiff*