# **EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 15-CV-00687 (JEB) |

## DECLARATION OF ANDREW I. WARDEN

Pursuant to 10 U.S.C. § 1746, I, Andrew I. Warden, hereby declare:

1. I am an attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch. I am one of the attorneys who represents the U.S. Department of State in this case.

2. Attached hereto as Exhibit A is a true and correct copy of an email sent by Lauren Burke of Judicial Watch to Stephen Pezzi of the U.S. Department of Justice, Civil Division, Federal Programs Branch, on March 10, 2020.

3. Attached hereto as Exhibit B is a true and correct copy of a document sent by Lauren Burke of Judicial Watch to Stephen Pezzi of the U.S. Department of Justice, Civil Division, Federal Programs Branch, on November 1, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2020

ANDREW I. WARDEN

*Digitally signed by ANDREW WARDEN, Date: 2020.11.06 18:09:17 -05'00'*

# EXHIBIT A

# Warden, Andrew (CIV)

| | |
|---|---|
| **From:** | Lauren Burke <lburke@JUDICIALWATCH.ORG> |
| **Sent:** | Tuesday, March 10, 2020 2:45 PM |
| **To:** | Pezzi, Stephen (CIV) |
| **Cc:** | Chris Fedeli |
| **Subject:** | Judicial Watch v. State, 15-687 - JW supplemental challenges |

Hi Steve –

Judicial Watch has reviewed the supplemental productions State made on January 8, 2020 and February 25, 2020. In addition to the B(5) deliberative process redactions already identified in the 237 documents listed on the November 1, 2019 list (see below for clarification on documents identified by State), Judicial Watch challenges the following documents and asserted exemptions from the recent supplemental productions:

- C06859775 – B(5)
- C06859782 – B(1) and B(5)
- C06859790 – B(1) and B(5)
- C06859801 – B(5)
- C06859804 - B(7)(E)
- C06859815 – B(5)
- C06859820 – B(7)(E)
- C06859830 – B(5)
- C06859844 – B(5)
- C06859703 – B(5)
- C06859741 – B(5) and B(7)(E)
- C06859763 – B(1) and B(5)
- C06859787 – B(5)
- C06859797 – B(5) and B(7)(E)
- C06859802 – B(5)
- C06859819 – B(7)(E)
- C06859851- B(5) and B(7)(E)
- C06859861 – B(5) and B(7)(E)
- C06859865 – B(5) and B(7)(E)

Regarding the documents referenced in the footnote in the January 30, 2020 joint status report and outlined in your January 29, 2020 email:

- Pursuant to the parties agreement (as documented in the February 15, 2019 joint status report), Judicial Watch relinquishes its challenges on documents C05759509 and C05759695.
- Having reviewed the October 29, 2016 draft *Vaughn* index with the aid of the chart provided in your January 29, 2020 email, Judicial Watch continues to challenge the B(5) deliberative process assertions in the following documents (my understanding is they are duplicate documents. Challenged documents are displayed below as "document from 11/1/19 list/document from 10/29/16 Vaughn index" as represented in the chart provided):
    - C05760316/C05760322
    - C05761280/C05758409
    - C05775853/C05771234
    - Judicial Watch relinquishes its challenges on the remaining documents listed in the chart.

Let me know if there are any questions or issues on this matter. Thanks.

Lauren M. Burke
Attorney
Judicial Watch
425 Third St., SW, Ste. 800
Washington, D.C. 20024
202-646-5194
lburke@judicialwatch.org

# EXHIBIT B

**Judicial Watch v. Department of State, 15-687**
(b)(5) Challenges – November 1, 2019

| Document Number | Document Number | Document Number |
|---|---|---|
| C05758494 | C05768625 | C05771630 |
| C05758518 | C05768641 | C05771697 |
| C05758645 | C05768712 | C05771701 |
| C05759521 | C05768717 | C05771881 |
| C05759776 | C05768722 | C05772017 |
| C05760151 | C05768795 | C05772432 |
| C05760567 | C05768896 | C05772433 |
| C05760713 | C05768904 | C05772692 |
| C05761351 | C05768948 | C05772764 |
| C05761458 | C05769097 | C05772830 |
| C05762788 | C05769267 | C05772842 |
| C05764391 | C05769346 | C05773157 |
| C05765164 | C05769370 | C05773288 |
| C05765785 | C05769645 | C05773494 |
| C05766380 | C05769753 | C05773773 |
| C05766381 | C05769798 | C05773849 |
| C05766603 | C05769827 | C05773903 |
| C05766830 | C05769847 | C05774056 |
| C05766972 | C05769866 | C05774137 |
| C05767024 | C05769876 | C05774206 |
| C05767136 | C05769902 | C05774256 |
| C05767445 | C05769962 | C05774257 |
| C05767594 | C05770058 | C05774687 |
| C05767626 | C05770060 | C05774732 |
| C05767851 | C05770061 | C05774843 |
| C05767896 | C05770124 | C05774914 |
| C05767923 | C05770134 | C05775035 |
| C05768053 | C05770271 | C05775050 |
| C05768058 | C05770273 | C05775067 |
| C05768084 | C05770383 | C05775069 |
| C05768157 | C05770402 | C05775070 |
| C05768278 | C05770431 | C05775074 |
| C05768324 | C05770488 | C05775115 |
| C05768461 | C05770718 | C05775118 |
| C05768465 | C05770737 | C05775123 |
| C05768476 | C05770755 | C05775135 |
| C05768481 | C05770775 | C05775286 |
| C05768529 | C05771318 | C05775304 |
| C05768576 |  | C05775478 |

**Judicial Watch v. Department of State, 15-687**
(b)(5) Challenges – November 1, 2019

| Document Number | Document Number | Document Number |
| --- | --- | --- |
| C05775534 | C05782922 | C05791062 |
| C05775587 | C05783205 | C05791235 |
| C05775670 | C05783238 | C05791667 |
| C05775671 | C05783255 | C05791789 |
| C05776025 | C05783260 | C05791891 |
| C05776610 | C05783348 | C05792073 |
| C05776677 | C05783351 | C05792229 |
| C05777653 | C05783484 | C05792271 |
| C05777769 | C05783688 | C05793371 |
| C05777906 | C05783826 | C05793375 |
| C05778074 | C05783928 | C05793377 |
| C05778078 | C05784062 | C05794186 |
| C05778369 | C05784142 | C05794200 |
| C05778985 | C05784152 | C05794354 |
| C05779053 | C05784173 | C05794399 |
| C05779086 | C05784187 | C05794720 |
| C05779198 | C05784195 | C05794820 |
| C05779371 | C05784234 | C05795787 |
| C05780071 | C05784370 | C05795936 |
| C05780135 | C05784420 | C05796217 |
| C05780164 | C05784431 | C05796299 |
| C05780217 | C05784668 | C05796617 |
| C05780261 | C05785084 | C05796992 |
| C05780313 | C05785442 | C05797406 |
| C05780436 | C05786093 | C05797634 |
| C05780499 | C05786229 | C06131094 |
| C05780516 | C05786723 | C06132095 |
| C05780537 | C05787310 | C06132865 |
| C05780998 | C05787506 | C06133226 |
| C05780998 | C05787538 | C06133501 |
| C05781193 | C05787660 | C06135297 |
| C05781284 | C05787671 | C06135442 |
| C05781332 | C05787827 | C06136632 |
| C05781374 | C05787943 | C06136643 |
| C05781780 | C05788942 | C06136673 |
| C05781958 | C05789454 | C06149766 |
| C05782464 | C05789825 | C06160857 |
| C05782728 | C05790432 | C06161719 |
| C05782901 | C05791052 | C06161723 |

**Judicial Watch v. Department of State, 15-687**
(b)(5) Challenges – November 1, 2019

| Document Number |
|---|
| C06161980 |
| C06163049 |
| C06163801 |
| C06163819 |
| C06174184 |
| C06176686 |
| C06187340 |

| Document Number |
|---|
| C05759509 |
| C05759695 |
| C05775006 |
| C05760316 |
| C05761131 |
| C05761280 |
| C05764064 |

| Document Number* |
|---|
| C05764337 |
| C05764424 |

| Document Number |
|---|
| C05765811 |
| C05765826 |
| C05772537 |
| C05775853 |
| C05776375 |
| C05778986 |
| C05782088 |

\* The documents listed below were identified in State Department's August 2, 2019 Draft *Vaughn* Index at footnote 1 as documents previously described in the draft *Vaughn* Index provided to Judicial Watch on October 28, 2016. However, Judicial Watch has been unable to find the detailed descriptions of these documents in any *Vaughn* Index provided by State.